Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>           Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>           Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and LRCiv 3.6, Defendant Verizon Select Services, Inc. ("Defendant") removes this Action to the U.S. District Court for the District of Arizona on the following grounds:

1. Plaintiff Matthew Heyman ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2025-001171 with the above caption.

2. Pursuant to LRCiv 3.6, the following documents are attached as Exhibits A - F and constitute a complete copy of the file in the Arizona Superior Court, Maricopa County file number CV2025-001171:

    a.    State court docket (Exhibit A);

    b.    Summons – Verizon Select Services, Inc. (Exhibit B);

    c.    Complaint (Exhibit C);

        d.        Certificate of Compulsory Arbitration (Exhibit D);

        e.        Civil Coversheet (Exhibit E); and

        f.        Affidavit of Service – Verizon Select Services, Inc. (Exhibit F).

3. Pursuant to LRCiv 3.6(b), undersigned counsel verifies that, to the best of her knowledge and belief, the documents attached as Exhibits A-F to this notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4. Copies of the Summons, Complaint, and Certificate of Compulsory Arbitration and Civil Cover Sheet were served on January 24, 2025.

5. This Notice is being filed within thirty days of Defendant's receipt of service of the Summons and Complaint. Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

6. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa. Defendant, on this same date, has provided written notice of this filing to Plaintiff, as required under 28 U.S.C. § 1446 and LRCiv 3.6, attached as Exhibit G.

7. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction. Federal question jurisdiction exists because Plaintiff alleges violations of federal law. Specifically, the Plaintiff's Complaint alleges employment discrimination. As such, Defendant interprets Plaintiff's Complaint as alleging a violation of Title VII of the Civil Rights Act of 1964. Accordingly, this case is a civil action arising under the laws of the United States, that is subject to removal.

8. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district,

2

and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, Defendant removes this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

Dated: February 20, 2025

JACKSON LEWIS P.C.

*/s/ Monica M. Ryden*
Monica M. Ryden
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4908-2340-2522, v. 2