Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>        Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>        Defendant. | Case No.:<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Verizon Select Services, Inc. in compliance with the provisions of:

  X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, a nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_\_No such corporation.

\_\_\_\_\_Party is a parent, subsidiary, or an affiliate of a publicly owned corporation as listed below.

_____Relationship_____

\_\_\_\_\_Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest. (Attach additional pages if needed).*

_____Relationship_____

X\_\_\_\_Other (please explain)

\_\_\_\_\_Verizon Select Services, Inc. is a wholly owned subsidiary of Verizon Communications Inc. ("Verizon"). Verizon is a publicly traded company. No other publicly held corporation own 10% or more of its stock._____

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: February 20, 2025.

JACKSON LEWIS P.C.

*/s/ Monica M. Ryden*
Monica M. Ryden
*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4936-3370-9338, v. 2