# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, | No. CV-25-00581-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Verizon Select Services Incorporated, | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter be reassigned, by random lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Douglas L. Rayes. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-25-0581-PHX-DLR.

Dated this 24th day of February, 2025.

_Krissa M. Lanham_
Honorable Krissa M. Lanham
United States District Judge