1  Monica M. Ryden (State Bar No. 023986)
2  **JACKSON LEWIS P.C.**
   2111 East Highland Avenue, Suite B-250
3  Phoenix, AZ  85016
   Telephone: (602) 714-7044
4  Facsimile: (602) 714-7045
5  Monica.Ryden@jacksonlewis.com

6  *Attorneys for Defendant*

7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF ARIZONA

10 | Matthew Heyman, | Case No.: 2:25-cv-00581-DLR |
11 |         Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
12 | vs. | |
13 | Verizon Select Services, Inc., a foreign corporation, | |
14 | | |
15 |         Defendant. | |

16     Defendant Verizon Select Services, Inc. and Plaintiff Matthew Heyman, by and through counsel, stipulate and move the Court for an order extending the time for Defendant to respond to Plaintiff's Complaint. Defendant requested the extension because it needs more time to investigate and prepare a response the Complaint. The parties have also agreed to use the time to meet and confer regarding Plaintiff's claim and explore the potential for early resolution. The Parties have agreed that Defendant will respond to the Complaint by March 31, 2025.

       This motion is filed in good faith and not for purposes of delay. A proposed form of order is attached.

       Dated: February 25, 2025

                              JACKSON LEWIS P.C.

                              */s/ Monica M. Ryden*
                              Monica M. Ryden
                              *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4900-6016-5407, v. 1