1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Matthew Heyman,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>　　　　Defendant. | Case No.: 2:25-cv-00581-DLR<br><br>**PROPOSED ORDER** |
|---|---|

　　The Court having reviewed the parties' Stipulation for Extension of Time to Respond to Complaint (Doc. _) and good cause appearing,

　　IT IS HEREBY ORDERED that Defendant will have until March 31, 2024 to respond to Plaintiff's Complaint.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4930-1374-1855, v. 1