Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>                  Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>                  Defendant. | Case No.: 2:25-cv-00581-DLR<br><br>**NOTICE OF ERRATA** |

On March 27, 2025, Defendant Verizon Select Services, Inc. filed its Answer to Complaint with Jury Demand [Dkt. 10]. Jacqueline M. Palazzolo was listed in error as an attorney for Defendant.  Ms. Palazzolo is not yet admitted to practice at the United States District Court and should not have been named as an attorney on the Complaint.

Dated: April 1, 2025

JACKSON LEWIS P.C.

*/s/ Monica M. Ryden*
Monica M. Ryden
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4934-9220-7408, v. 1