Troy P. Foster #017229
**The Foster Group, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>Defendants. | No.: 2:25-CV-00581-KML<br><br>**NOTICE OF SERVICE** |

Plaintiff Matthew Heyman hereby provides notice that on May 19, 2025, he electronically served *Plaintiff's Initial Disclosure Statement* to Defendant's counsel listed in the attached certificate.

**RESPECTFULLY SUBMITTED** this 19th day of May, 2025.

**The Foster Group, PLLC**


*/s/ Troy P. Foster*
Troy P. Foster
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica M. Ryden
Jacqueline M. Palazzolo
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*

 /s/ Jeanette Chavez