1  Monica M. Ryden (State Bar No. 023986)
2  Jacqueline M. Palazzolo (State Bar No. 039977)
   **JACKSON LEWIS P.C.**
3  2111 East Highland Avenue, Suite B-250
   Phoenix, AZ  85016
4  Telephone: (602) 714-7044
5  Facsimile: (602) 714-7045
   Monica.Ryden@jacksonlewis.com
6  Jacqueline.Palazzolo@jacksonlewis.com

7  *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, | Case No.: 2:25-cv-00581-KML |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Verizon Select Services, Inc., a foreign corporation, | |
| Defendant. | |

Notice is hereby given that Defendant Verizon Select Services, Inc. served its Initial Disclosure Statement to Plaintiff via electronic mail on May 19, 2025.

Dated: May 19, 2025

JACKSON LEWIS P.C.

*/s/ Monica M. Ryden*
Monica M. Ryden
Jacqueline M. Palazzolo
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4931-7415-5845, v. 1