Monica M. Ryden (State Bar No. 023986)
Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, | Case No.: 2:25-cv-00581-KML |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| Verizon Select Services, Inc., a foreign corporation, | |
| Defendant. | |

Notice is hereby given that Defendant Verizon Select Services, Inc. served its First Set of Requests for Admission, First Set of Interrogatories and First Set of Requests for Production to Plaintiff via electronic mail on May 20, 2025.

Dated: May 20, 2025

JACKSON LEWIS P.C.

*/s/ Monica M. Ryden*
Monica M. Ryden
Jacqueline M. Palazzolo
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Susan Stimson*

4931-7415-5845, v. 1

2