Troy P. Foster #017229
Milca C. Altamirano #039072
**The Foster Group, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
maltamirano@thefosterlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>Verizon Select Services, Inc., a foregin corporation,<br><br>                              Defendant. | No.:   2:25-CV-00581-DLR<br><br>**NOTICE OF SERVICE** |

  Plaintiff Matthew Heyman ("Plaintiff" or "Mr. Heyman") hereby provides notice that on May 27, 2025, he served via electronic mail (i) Plaintiff's First Set of Requests for Production to Defendant; (ii) Plaintiff's First Set of Non-Uniform Interrogatories to Defendant; and (iii) Plaintiff's First Set of Requests for Admission to Defendant, upon all counsel of record listed in the attached certificate.

  **RESPECTFULLY SUBMITTED** this 27th day of May, 2025.

            **The Foster Group, PLLC**

              */s/ Troy Foster*
            Troy P. Foster
            Milca C. Altamirano
            902 W. McDowell Road
            Phoenix, Arizona 85007
            *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on May 27, 2025, I electronically transmitted the foregoing Notice of Service to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica M. Ryden
Jacqueline M. Palazzolo
**Jackson Lewis P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  5016
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*


  /s/ Jeanette Chavez