Troy P. Foster #017229
Milca C. Altamirano #039072
**The Foster Group, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
maltamirano@thefosterlaw.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, an individual, | No.: 2:25-CV-00581-DLR |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| Verizon Select Services, Inc., a foregin corporation, | |
| Defendant. | |

Plaintiff Matthew Heyman ("Plaintiff" or "Mr. Heyman") hereby provides notice that on July 11, 2025, he served via electronic mail (i) Plaintiff's First Supplemental Disclosure Statement (ii) Plaintiff's Response to Defendant's First Requests of Admission; (iii) Plaintiff's Response to Defendant's First Set of Requests for Production (iv) Plaintiff's Objections and Responses to Defendant's First Set of Non-Uniform Interrogatories to Defendant; upon all counsel of record listed in the attached certificate.

**RESPECTFULLY SUBMITTED** this 11th day of July, 2025.

**The Foster Group, PLLC**

 */s/ Troy Foster*
Troy P. Foster
Milca C. Altamirano
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiff*

1

# CERTIFICATE OF SERVICE

I certify that on July 11, 2025, I electronically transmitted the foregoing Notice of Service to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica M. Ryden
Jacqueline M. Palazzolo
**Jackson Lewis P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  5016
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*


   /s/ Jeanette Chavez