Monica M. Ryden (State Bar No. 023986)
Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>    Plaintiff,<br><br>v.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>    Defendant. | Case No.: 2:25-cv-00581-DLR<br><br>**NOTICE OF VIDEO DEPOSITION OF MATTHEW HEYMAN** |

PLEASE TAKE NOTICE that a video deposition will be taken upon oral examination before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:          Matthew Heyman

DATE AND TIME OF DEPOSITION:          November 19, 2025
at 9:30 a.m.

PLACE OF DEPOSITION:          Jackson Lewis P.C.
2111 E. Highland Avenue
Suite B-250
Phoenix, AZ 85016

Dated: October 30, 2025

JACKSON LEWIS P.C.

By: */s/ Monica M. Ryden*
Monica M. Ryden
Jacqueline M. Palazzolo
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 30, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy P. Foster
The Foster Group, PLLC
902 W. McDowell Road
Phoenix, AZ 85007
tfoster@thefosterlaw.com
*Attorney for Plaintiff*

By: */s/ Amalia Tafoya*

4927-1715-5958, v. 1

2