Troy Foster #017229
**The Foster Group**
902 W. McDowell Road
Phoenix, Arizona 85007
Telephone: (602) 461-7990
tfoster@thefosterlaw.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>Defendants. | NO. 2:25-CV-00581-DLR<br><br>**AMENDED NOTICE OF DEPOSITION** |

YOU ARE HEREBY NOTIFIED that pursuant to Federal Rule of Civil Procedure 30(b), the deposition will be taken upon oral examination of the following person(s) at the time and place stated below, before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below. The oral examination will continue thereafter from day to day on successive business days until completed. You are invited to attend and cross-examine.

**PERSON TO BE EXAMINED:** David Tinsley

**DATES/TIMES OF DEPOSITIONS:** January 28, 2026, 9:00 a.m.

**WHERE:** Coash & Coash, 1802 N. 7th St., Phoenix, AZ 85006

**COURT REPORTER:** Coash & Coash

A connection link will be provided by the court reporter in advance of the deposition.

***Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding. If the deponent requires an interpreter, please advise this office immediately.***

RESPECTFULLY SUBMITTED this 17th day of November, 2025.

**The Foster Group, PLLC**

*/s/ Troy P. Foster*
Troy P. Foster
902 W. McDowell Road
Phoenix, Arizona 85007
Telephone: (602) 461-7990
tfoster@thefosterlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERICE**

I hereby certify that on the 17th day of November 2025, I provided the following counsel with the documents electronically:

Monica M. Ryden
Jacqueline M. Palazzolo
**Jackson Lewis P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 5016
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*

By: /s/ *Jeanette Chavez*