Troy P. Foster #017229
Milca C. Altamirano #039072
**The Foster Group, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
maltamirano@thefosterlaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, an individual, | No.:    2:25-CV-00581-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| Verizon Select Services, Inc., a foregin corporation, | |
| Defendant. | |

Plaintiff Matthew Heyman ("Plaintiff" or "Mr. Heyman") hereby provides notice that on November 18, 2025, he served via electronic mail Plaintiff's Fourth Supplemental Disclosure Statement to Defendant; upon all counsel of record listed in the attached certificate.

**RESPECTFULLY SUBMITTED** this 18th day of November, 2025.

**The Foster Group, PLLC**

　　　*/s/ Troy Foster*
Troy P. Foster
Milca C. Altamirano
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiff*

1

1

**CERTIFICATE OF SERVICE**

2
      I certify that on November 18, 2025, I electronically transmitted the foregoing Notice

3
of Service to the Clerk's Office using the CM/ECF system for filing and transmittal of a

4
Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Monica M. Ryden

7
Jacqueline M. Palazzolo
**Jackson Lewis P.C.**

8
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  5016

9
Monica.Ryden@jacksonlewis.com

10
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*

11

12
    */s/ Jeanette Chavez*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28