Troy P. Foster #017229
Milca C. Altamirano #039072
**The Foster Group, PLLC**
902 W. McDowell Rd.
Phoenix, Arizona 85007
Tel: 602-461-7990
tfoster@thefosterlaw.com
maltamirano@thefosterlaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Matthew Heyman, an individual, | No.: 2:25-CV-00581-DLR |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| Verizon Select Services, Inc., a foregin corporation, | |
| Defendant. | |

Plaintiff Matthew Heyman ("Plaintiff" or "Mr. Heyman") hereby provides notice that on November 18, 2025, he served via electronic mail Plaintiff's Fifth Supplemental Disclosure Statement to Defendant; upon all counsel of record listed in the attached certificate.

**RESPECTFULLY SUBMITTED** this 18th day of November, 2025.

**The Foster Group, PLLC**

   */s/ Troy Foster*
Troy P. Foster
Milca C. Altamirano
902 W. McDowell Road
Phoenix, Arizona 85007
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2025, I electronically transmitted the foregoing Notice of Service to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Monica M. Ryden
Jacqueline M. Palazzolo
**Jackson Lewis P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  5016
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com
*Attorneys for Defendant*


  /s/ Jeanette Chavez