Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>　　　　　　Defendant. | No. 2:25-CV-00581<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Anjali J. Patel and Christina M. Locher of Tyler Allen Law Firm, PLLC, hereby enter their appearance as counsel of record for Plaintiff Matthew Heyman in the above captioned matter.  Counsel for Plaintiff request that all future pleadings, notices and correspondence related to this action be sent to:

Anjali J. Patel
Christina M. Locher
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com

**RESPECTFULLY SUBMITTED** this 13th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　**Tyler Allen Law Firm, PLLC**


　　　　　　　　　　　　　　　　　　　　*/s/ Christina M. Locher*
　　　　　　　　　　　　　　　　　　　　Christina M. Locher
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Matthew Heyman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, I transmitted the attached document to the following via electronic mail:

Monica M. Ryden
Jacqueline M. Palazzolo
Attorneys for Defendant
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com


By: */s/ Christina Locher*