Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>    Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>    Defendant. | No. 2:25-CV-00581<br><br>**JOINT STIPULATION TO EXTEND DEADLINES** |

  The parties, by and through respective counsel undersigned, hereby stipulate to extend each of the following deadlines in the Court's June 4, 2025 Scheduling Order (Doc. 19) by ninety (90) days. The current deadlines set forth in the Scheduling Order are:

  1. Deadline for Completion of Fact Discovery (February 13, 2026); and

  2. Deadline for Filing Dispositive Motions (March 2, 2026).

  Plaintiff's undersigned counsel only recently assumed the handling of this case and filed a Notice of Appearance on January 13, 2026. The parties stipulate and agree that extending the above case deadlines will not prejudice either party, and that this stipulation is made in good faith, and without the intent to delay proceedings. No previous requests for extension of deadlines have been made.

  Wherefore, the parties respectfully request an Order extending the upcoming case deadlines by ninety (90) days. The parties agree that the new deadline for the completion of fact discovery will be <u>Friday, May 15, 2026</u>, and the new deadline for the filing of dispositive motions will be <u>Friday, June 5, 2026</u>.

**RESPECTFULLY SUBMITTED** this 12th day of February 2026.

                              **Tyler Allen Law Firm, PLLC**

                              */s/ Christina M. Locher*
                              Christina M. Locher
                              Attorney for Plaintiff Matthew Heyman

                              **JACKSON LEWIS P.C.**

                              */s/ Christina M. Locher (with Permission)*
                              Monica M. Ryden
                              Attorney for Defendant Verizon Select Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I transmitted the attached document to the following via electronic mail:

Monica M. Ryden
Jacqueline M. Palazzolo
Attorneys for Defendant
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com

By: */s/ Christina M. Locher*