Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>　　　　　Defendant. | No. **2:25-CV-00581**<br><br>**[PROPOSED]<br>ORDER** |

　　Upon the stipulation of the parties, and good cause appearing herefor,

　　**IT IS HEREBY ORDERED** that the following deadlines will be extended as follows:

1. The new deadline for completion of fact discovery is <u>Friday, May 15, 2026</u>; and

2. The new deadline for the filing of dispositive motions is <u>Friday, June 5, 2026</u>.

　　DATED this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge