# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>        Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>        Defendant. | No. CV-25-00581-PHX-DLR<br><br>**ORDER** |

The Court having reviewed Plaintiff's Motion for Authorization of Substitute Service of Subpoena on Non-Party David Tinsley (Doc. 33), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff may effectuate service of his subpoena for deposition to nonparty David Tinsley via substitute service and by email delivery.

Dated this 30th day of March, 2026.

_____
Douglas L. Rayes
Senior United States District Judge