Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br>                    Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>                    Defendant. | **No. 2:25-CV-00581**<br><br>**PLAINTIFF'S NOTICE OF SERVICE<br>OF DISCOVERY** |

Plaintiff Matthew Heyman, by and through counsel undersigned, hereby notifies the Court that he has served Defendant with Plaintiff's Second Set of Requests for Production to Defendant via e-mail on March 31, 2026.

**RESPECTFULLY SUBMITTED** this 31st day of March 2026.

**Tyler Allen Law Firm, PLLC**

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Matthew Heyman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Matthew Heyman