Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>         Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>         Defendant. | **No. 2:25-CV-00581**<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENA** |

Plaintiff Matthew Heyman, by and through counsel undersigned, pursuant to the Court's Order authorizing substitute service (Doc. 34), hereby gives notice that the subpoena for deposition testimony to David Tinsley was served with Diana, Co-Resident, on April 4, 2026, and via email on April 3, 2026.  The Certificate of Service is attached hereto and incorporated herein by reference.

**RESPECTFULLY SUBMITTED** this 10th day of April 2026.

**Tyler Allen Law Firm, PLLC**


*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Matthew Heyman

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10th, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Matthew Heyman

2