ServeManager

Tyler Allen Law Firm
Anjali J Patel
4201 North 24th Street #200
Phoenix, AZ 85016

## United States District Court

MATTHEW HEYMAN
Plaintiff

vs.

VERIZON SELECT SERVICES INCORPORATED
Defendant(s).

NO. 2:25-CV-00581

Certificate of Service

I, Zachary Mueller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**To be served upon:**    David Tinsley

**Recipient Name :**    Diana, Co-Resident

**Address:**    16556 West Rowell Road, Surprise, AZ 85387

**Manner of Service:**    Substitute Service - Abode, Apr 4, 2026, 12:27 pm MST

**Documents:**    Order; Subpoena to Testify at a Deposition in a Civil Action; Witness Fee Check # 8927

**Additional Comments:**
1) Successful Attempt: Apr 4, 2026, 12:23 pm MST at Home: 16556 West Rowell Road, Surprise, AZ 85387 received by Diana, Co-Resident. She stated the subject was in Atlanta but would be back in 2 days.

I declare under penalty of perjury under the laws of the
state of Arizona that the forgoing is true and correct.

04/07/2026

Zachary Mueller                    **Date**
MC-8735

ZM Legal Services
PO Box 41666
Phoenix, AZ 85080