Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED  STATES  DISTRICT  COURT

DISTRICT  OF  ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>               Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>               Defendant. | **No. 2:25-CV-00581**<br><br>**JOINT STIPULATION  TO<br>EXTEND  DEADLINES** |

The parties, by and through respective counsel undersigned, hereby stipulate to extend the remaining deadlines in this matter, originally set by the Court's June 4, 2025 Scheduling Order (Doc. 19), as follows.  The current upcoming deadlines are:

1.  Deadline for Completion of Fact Discovery (May 15, 2026);

2.  Deadline for Filing Dispositive Motions (June 5, 2026).

The parties stipulate to extend the above deadlines for completion of fact discovery by three (3) months, and the deadline for filing dispositive motions by five (5) months.

Plaintiff and Defendant jointly submit this second stipulation to extend the case deadlines. Good cause exists for the requested extensions. Plaintiff served a subpoena for the deposition of non-party witness David Tinsley, who did not appear for his deposition as scheduled on May 4, 2026. The parties are working to reschedule that deposition, which will be after the current discovery cutoff. In addition, Plaintiff propounded discovery requests requiring Defendant to conduct an ESI search and review. Defendant presently anticipates completing its

responsive document production by mid-June 2026, which is after the current dispositive motion deadline. The requested extensions will allow the parties sufficient time to complete remaining discovery and evaluate the record before the deadline for dispositive motions.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the upcoming case deadlines. The parties agree that the deadline for completion of fact discovery should be extended to **Friday, August 14, 2026**, and that the deadline for filing dispositive motions should be extended to **Friday, November 20, 2026**.

**RESPECTFULLY SUBMITTED** this 11th day of May 2026.

**Tyler Allen Law Firm, PLLC**

*/s/ Christina M. Locher*
Christina M. Locher
Attorney for Plaintiff Matthew Heyman

**JACKSON LEWIS P.C.**

*/s/ Christina M. Locher (with Permission)*
Monica M. Ryden
Attorney for Defendant Verizon Select Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of Court for the United States District Court, District of Arizona by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christina M. Locher
Christina M. Locher
Attorney for Plaintiff Matthew Heyman