Anjali J. Patel SBN 28138
Christina M. Locher SBN 027472
**Tyler Allen Law Firm, PLLC**
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Phone: (602) 456-0545
Fax: (602) 995-3999
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorneys for Plaintiff Matthew Heyman*

UNITED  STATES  DISTRICT  COURT

DISTRICT  OF  ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>                    Plaintiff,<br><br>v.<br><br>Verizon Select Services Incorporated,<br><br>                    Defendant. | **No. 2:25-CV-00581**<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**STIPULATION  TO EXTEND**<br>**DEADLINES** |

**IT IS HEREBY  ORDERED**  that the parties' Stipulation to Extent Deadlines, and good cause appearing,

**IT IS ORDERED** extending the current deadlines for completion of fact discovery to Friday, August 14, 2026, and the deadline for filing dispositive motions to Friday, November 20, 2026.

DATED this ___ day of _____, 2026.

_____
Hon. Douglas L. Rayes
United States District Court