Monica M. Ryden (State Bar No. 023986)
Jacqueline M. Palazzolo (State Bar No. 039977)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com
Jacqueline.Palazzolo@jacksonlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman,<br><br>          Plaintiff,<br><br>v.<br><br>Verizon Select Services, Inc., a foreign corporation,<br><br>          Defendant. | Case No.:  2:25-cv-00581-DLR<br><br>**NOTICE OF SETTLEMENT** |

Defendant Verizon Select Services, Inc. hereby advises the Court that the parties have reached an agreement to resolve this matter. The parties are in the process of drafting and finalizing the settlement papers and request 30 days in which to finalize the settlement and file the dismissal.

Dated: July 2, 2026

JACKSON LEWIS P.C.

By:*/s/ Monica M. Ryden*
      Monica M. Ryden
      Jacqueline M. Palazzolo
      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anjali J. Patel
Christina M. Locher
Tyler Allen Law Firm, PLLC
4201 N. 24th Street, Suite 200
Phoenix, AZ 85016
anjali@allenlawaz.com
christina@allenlawaz.com
*Attorney for Plaintiff*

By:*/s/ Amalia Tafoya*

4909-9437-8682, v. 1

2