# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Heyman, | No. CV-25-00581-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Verizon Select Services Incorporated, | |
| Defendant. | |

The Court has been advised that this case has settled. (Doc. 45.)

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss or request for extension of time is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that any pending hearings are vacated.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 3, 2026**, without further leave of Court.

Dated this 2nd day of July, 2026.

Douglas L. Rayes
Senior United States District Judge