**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Heyman,<br>Plaintiff,<br>v.<br>Verizon Select Services Incorporated,<br>Defendant. | No. CV-25-00581-PHX-DLR<br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 47), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 16th day of August, 2026.

Douglas L. Rayes
Senior United States District Judge